United States District Court
Southern District of Texas
**ENTERED**
May 11, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NANCY TISE, | § | |
|     *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-16-1379 |
| | § | |
| CAMERON RIG SOLUTIONS, LLC, *ET AL.*, | § | |
|     *Defendants*. | § | |

## DISMISSAL ORDER

The parties' joint motion for dismissal with prejudice (Dkt. 27) is granted.[1]

Based on the parties' representation that all claims have been resolved, it is

ORDERED that this case is dismissed with prejudice in its entirety. Each party will bear its own costs.

Signed at Houston, Texas on May 11, 2017.

Stephen Wm Smith
United States Magistrate Judge

---

[1] The court previously dismissed without prejudice all claims asserted against defendants Cameron Rig Solutions, LLC, Cameron Rig Solutions II, Inc., OnSubsea, LLC, and Schlumberger Limited (Dkt. 21). This order dismisses all claims against all parties with prejudice.